

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00246-CV

Marco Antonio **HERNANDEZ**,
Appellant

v.

Lisa **HERNANDEZ**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-10-03
Honorable Romero Molina, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that appellee Lisa Hernandez recover her costs of this appeal, if any, from appellant Marco Antonio Hernandez.

SIGNED June 3, 2015.

_____
Marialyn Barnard, Justice